ATTORNEY GENERAL (ON RELATION OF HARM BROEK ET AL.)
v. TEUNIS KEPPEL ET AL.

Information in the nature of quo warranto. Demurrer sustained. October 23.—January 14.

*Stone & Hyde* for relators.

*J. C. Post* and *W. B. Williams* for respondents.

COOLEY, C. J. This case is governed by *Ter Vree v. Geerlings*, ante p. 562, and the same judgment will be entered.

The other Justices concurred.